# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **JACQUELINE J. CRUZ,** § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 5:19-cv-1446 |
| vs. § | |
| § | |
| **WELLS FARGO BANK, N.A.,** § | |
| § | |
| Defendant. § | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Wells Fargo Bank, N.A., ("Defendant"), and files this Disclosure Statement.

Wells Fargo Bank, N.A., is a wholly owned subsidiary of <u>Wells Fargo & Company, which is a publicly traded bank holding company.</u>  No publicly held corporation owns 10% or more of Wells Fargo & Company's stock.

Defendant reserves the right to supplement this disclosure as necessary.

    Respectfully submitted,

    LOCKE LORD LLP

    <u>/s/ Brenda A. Hard-Wilson</u>
    **B. David L. Foster**
    State Bar No. 24031555
    600 Congress Ave., Suite 2200
    Austin, Texas 78701
    (512) 305-4700
    (512) 305-4800 (Facsimile)
    dfoster@lockelord.com

        **Robert T. Mowrey**
        State Bar No. 14607500
        rmowrey@lockelord.com
        **Brenda A. Hard-Wilson**
        State Bar No. 24059893
        2200 Ross Avenue, Suite 2200
        Dallas, Texas 75201-6776
        (214) 740-8000
        (214) 740-8800 (Facsimile)
        brenda.hard-wilson@lockelord.com

        **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all parties of record *via certified mail, return receipt requested and/or first class mail* pursuant to the Federal Rules of Civil Procedure on this 13th day of December 2018.

Jacqueline J. Cruz
10506 Bluegrass Pond
San Antonio, TX 78254
*Plaintiff*

        /s/ Brenda A. Hard-Wilson
        Counsel for Defendant