# **EXHIBIT C**

5-19-CV-1446

```
End of data reached, enter new start value
               ***** Bexar County Centralized Docket System *****
 12/12/2019              - Proceeding Information -                10:25:20
                            Case 2019CI24483
 Selection: __  Case Nbr: 2019CI24483____  Qualifier _____
  Style: JACQUELINE J CRUZ vs WELLS FARGO BANK NA
  Court: 057    Docket Type: OTHER CIVIL CASES              Status: PENDING
 Actions:(A,M,P)      Unpaid Balance:     370.00  Account Number:
     Seq  Date Filed       Reel    Image     Page Cnt
  _  00001 11/27/2019
     DESC: PETITION
  _  00002 11/27/2019
     DESC: ACKNOWLEDGMENT OF PROPRIA PERSONA PARTY
  _  00003 11/27/2019
     DESC: AFFD OF INABILITY TO PAY COSTS
  _  00004 11/27/2019
     DESC: REQUEST FOR SERVICE AND PROCESS
  _  00005 11/27/2019
     DESC: SERVICE ASSIGNED TO CLERK 2
                      *** End of Data ***


 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
        help  retrn main  add   build top   bkwrd frwrd bot    SI    TI   quit
```

```
Order(s) for Cause Nbr 2019CI24483 displayed successfully
              ***** Bexar County Centralized Docket System *****
12/12/2019              - Orders Information -                    10:26:39
                          Case 2019CI24483
Selection: __  Case Nbr: 2019CI24483____  Qualifier: _____
 Style: JACQUELINE J CRUZ vs WELLS FARGO BANK NA
Court: 057     Docket Type: OTHER CIVIL CASES            Status: PENDING
Actions:(A,M,P)     Unpaid Balance:    370.00  Account Number:
   Seq   Date Filed Judge Name      Volume Page Page Cnt   Amount     SOF
_  00001 12/02/2019 AARON S HAAS    5231  0117  0003
   Desc: TEMP RESTRAINING ORDER
                                 Box #: 2019 - 0343
                    *** End of Data ***
```

```
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn main  add   build top   bkwrd frwrd bot    TI    BI   quit
```

```
Cause Nbr 2019CI24483 displayed successfully
              ***** Bexar County Centralized Docket System *****
12/12/2019                  - Docket Information -                    10:26:47
_____ Case 2019CI24483    _____
Selection: __  Actions: _ (A,C,D,M,P)
CASE NBR: 2019CI24483____              PRINT RT LABELS?  N (Y/N/#)

Date Filed: 11/27/2019     Court: 057_     Unpaid Balance:    370.00
Type of Docket: OCC__ OTHER CIVIL CASES

                         * * * S T Y L E * * *
         JACQUELINE J CRUZ_____
         VS  WELLS FARGO BANK NA_____

DISCOVERY LEVEL: 3
   Account Type: __                 Account Number: _____
         Access: _  PUBLIC          Status: P PENDING
      List Type: C  CIVIL           Warrant Nbr:
Remarks: MARTHA M_____
         _____

_____
Last Update: 11/27/2019 1549 DC3Q 40562 Entry Info: 11/27/2019 1537 DC3Q 40562
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
confm help  retrn main       build               print BI   LI   quit
```

```
Litigant(s) for Cause Nbr 2019CI24483 displayed successfully
              ***** Bexar County Centralized Docket System *****
12/12/2019              - Litigant Information -                10:26:53
                          Case 2019CI24483
Selection: __  Case Nbr: 2019CI24483____
Style: JACQUELINE J CRUZ vs WELLS FARGO BANK NA
Court: 057     Docket Type: OTHER CIVIL CASES           Status: PENDING
Actions: (A,D,M,P)   Unpaid Balance:   370.00 Account Number:
    Seq   Last /First /Middle Name       Lit. Type/Attorney    Date
 _  00001 CRUZ JACQUELINE J               PROPIA PERSONA      11/27/2019
                                          CRUZ, JACQUELINE J  210 860-0802
 _  00002 WELLS FARGO BANK NA             DEFENDANT           11/27/2019
                                                NO ATTORNEY ASSIGNED
                      *** End of Data ***




Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn main  add   cont  top   bkwrd frwrd bot   DI    AI   quit
```

```
Setting(s) for Cause Nbr 2019CI24483 displayed successfully
                ***** Bexar County Centralized Docket System *****
12/12/2019                  - Trial Information -                    10:27:00
                                Case 2019CI24483
Selection: __   Case Nbr: 2019CI24483____   Qualifier _____
  Style: JACQUELINE J CRUZ vs WELLS FARGO BANK NA
Court: 057     Docket Type: OTHER CIVIL CASES              Status: PENDING
Actions:(A,M,P)     Unpaid Balance:     370.00  Account Number:
    Seq   Date Filed    Court    Sett. Date    Time   Atty. Initials
 _  00006 12/02/2019    109      12/16/2019    0900AM    JJC
    Desc: NON-JURY
              SETTING ON TEMPORARY RESTRAINING ORDER
                    *** End of Data ***




Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn main  add   build top  bkwrd frwrd bot   PI    OI   quit
```



# County Clerk & District Clerk
## Court Records Search

---

# Case #2019CI24483

**Name** : JACQUELINE J CRUZ

**Date Filed** : 11/27/2019

**Case Status** : PENDING

**Litigant Type** : PROPIA PERSONA

**Court** : 057

**Docket Type** : OTHER CIVIL CASES

**Business Name** : 2019CI24483

**Style** : JACQUELINE J CRUZ

**Style (2)** : vs WELLS FARGO BANK NA

---

# Case History

*Currently viewing all records*

| Sequence | Date Filed | Description |
|----------|-----------|-------------|
| S00001 | 12/4/2019 | CITATION CERTIFIED MAIL<br>WELLS FARGO BANK NA<br>ISSUED: 12/4/2019 |
| O00001 | 12/2/2019 | TEMP RESTRAINING ORDER<br>JUDGE: AARON S HAAS<br>VOL: 5231 PAGE: 117 PAGE COUNT: 3 |
| T00006 | 12/2/2019 | NON-JURY<br>SETTING ON TEMPORARY RESTRAINING ORDER<br>COURT: 109 TRIAL DATE & TIME: 12/16/2019 9:00AM |
| B00001 | 12/2/2019 | JACQUELINE J. CRUZ<br>AGENT:<br>AMOUNT: $100.00<br>SURETY: CASH DEPOSIT IN LIEU OF<br>REASON: TRO BOND<br>FORM: CASH |
| P00005 | 11/27/2019 | SERVICE ASSIGNED TO CLERK 2 |
| P00004 | 11/27/2019 | REQUEST FOR SERVICE AND PROCESS |
| P00003 | 11/27/2019 | AFFD OF INABILITY TO PAY COSTS |
| P00002 | 11/27/2019 | ACKNOWLEDGMENT OF PROPRIA PERSONA PARTY |
| P00001 | 11/27/2019 | PETITION |

2019-CI-24483

057TH JUDICIAL DISTRICT COURT

JACQUELINE J CRUZ  VS WELLS FARGO BANK N

DATE FILED: 11/27/2019

2019CI24483 -P00001

**JACQUELINE J. CRUZ**
**Plaintiff**

v.

**WELLS FARGO BANK N.A.**
**Defendant**

§
§
§
§
§
§
§
§

**IN THE DISTRICT COURT**

_____ **JUDICIAL DISTRICT**

*AFFIDAVIT OF*
*INABILITY*

**BEXAR COUNTY, TEXAS**

FILED
DISTRICT CLERK
BEXAR CO. TEXAS
19 NOV 27 PH 3:44
DEPUTY

**PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION**

## TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiff, JACQUELINE J. CRUZ, who files this Petition, in the interest of justice and fairness, and for the underlying violations of the Texas Debt Collection Act, Texas Business and Commerce Code, Texas Property Code, and for a Declaratory Judgment as stated herein, and asks this honorable Court to grant the Application for Temporary Restraining Order against WELLS FARGO BANK N.A., and collectively referred to as Defendant, to prevent Defendant from conducting the Substitute Trustee's Sale scheduled for Tuesday, December 2/3, 2019, on the west side of the Bexar County Courthouse located at 100 Dolorosa, San Antonio, Texas or as designated by the Commissioner's Court, and from otherwise selling or taking possession of the property subject of this litigation, which is incorporated by reference and fully set forth at length herein, during the pendency of this cause, and from otherwise disturbing or attempting to disturb Plaintiffs peaceable possession and enjoyment of her property, and in support shows the Court the following:

<u>DISCOVERY CONTROL PLAN LEVEL</u>

1.      Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery in this case under Level 3.

DOCUMENT SCANNED AS FILED

## PARTIES AND SERVICE

2.      Plaintiff is an individual whose mailing address in 10506 Bluegrass Pond, San Antonio,

Texas 78254. The last three digits of JACQUELINE J. CRUZ' driver's license number are

*701*. The last three digits of JACQUELINE J. CRUZ' social security number are *751*

3.      Defendant WELLS FARGO BANK N.A., is an entity formed under the laws of the State

of Delaware which conducts business in Texas and may be served with process as follows:

Wells Fargo Bank N.A., C/O Corporation Service Company, 211 East 7th Street, Suite

620, Austin, Texas 78701, or wherever it may be found.

## JURISDICTION AND VENUE

4.      The subject matter in controversy is within the jurisdictional limits of this Court.

5.      This Court has personal jurisdiction because the property which is the subject of this

litigation is located in Texas and Defendants are doing business within this state.

6.      Venue is this cause is proper in Bexar County, Texas pursuant to Section 17.56 of the

Texas Business and Commerce Code and under Section 15.001 of the Texas Civil Practice and

Remedies Code because this action involves real property and the property is located in Bexar

County, Texas.

## FACTS

7.      Plaintiff is the record owner of the property located at 10506 Bluegrass Pond, San

Antonio, Texas 78254, more specifically described as:

LOT 22, BLOCK 10, NEW CITY BLOCK 17635, BRIDGEWOOD SUBDIVISION,
UNIT 6, IN THE CITY OF SAN ANTONIO, BEXAR COUNTY, TEXAS
ACCORDING TO THE MAP OR PLAT OF RECORD IN VOLUME 9547, PAGE 209,
DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

8.      Plaintiff requested, in writing on various dates, that the Defendant produce certified

copies of any and all transfer documents showing all of the transfers and assignments of the

DOCUMENT SCANNED AS FILED

Original Deed of Trust and the Original Note. Additionally, Plaintiff has requested that the Defendant produce the Original Note. These requests were made in order to verify that Defendant is in fact the "Holder in Due Course" of the note as required by Texas Law. Defendant have yet to produce such documents. It is Plaintiff's belief that the Defendant does not have the authority to foreclose on the property and is in fact not the actual holder of the original note, and therefore not entitled to collect on a debt.

9.      Plaintiff allegedly signed a Promissory Note in order to purchase the property located at 10506 Bluegrass Pond, San Antonio, Texas 78254, on July 1, 2003. After requesting documents to verify the debt and Note Holder, the Defendant have refused to produce the Original Note or any other documentation. Further, Defendant have not allowed Plaintiff to review any documentation to confirm their authenticity.

10.     Plaintiff allegedly signed a Deed of Trust on July 1, 2003, which was allegedly recorded in the office of the County Clerk of Harris County, Texas Deed Records Department. Although Plaintiff has requested documents to verify that all of the transfers and assignments of the Original Deed of Trust were executed or recorded properly, the Defendant have not yet produced any such documentation.

11.     Plaintiff has attempted to verify by letter and phone if Defendant are in fact the Holder in Due Course and Holder or representative of the Holder in Due Course and Holder of the Note. Plaintiff has requested that Defendant pull the pending Substitute Trustee's Sale on Tuesday December 3, 2019, until the debt is validated and the true holder in Due Course and Holder of the Note is known. Defendant have refused to do so and in fact intend to pursue this collection action by executing the Substitute Trustee's Sale on December 3, 2019 on the west side of the

DOCUMENT SCANNED AS FILED

Bexar County Courthouse located at 100 Dolorosa, San Antonio, Texas or as designated by the Commissioner's Court.

12.  Plaintiff timely made all of the payments due and owing under the original mortgage loan until approximately 2010, when Plaintiff experienced a financial hardship, resulting in expenses and diminished income making mortgage payments burdensome. At that time Plaintiff reached out and a second lien was placed on Plaintiff's property in the amount of $14,633.72.

13.  Plaintiff timely made all of the payments due and owing under the original mortgage loan until approximately 2018, when Plaintiff experienced a financial hardship, resulting in expenses and diminished income making mortgage payments burdensome. At that time Plaintiff reached out and a modification was granted by the Defendant.

14:  Plaintiff timely made all of the payments due and owing under the original mortgage loan until approximately mid 2019, when Plaintiff experienced yet another financial hardship, resulting in expenses and diminished income making mortgage payments burdensome. At that time Plaintiff reached out to Defendant and applied for another loan modification.

15.  Defendant led Plaintiff to believe that a loan modification could be obtained. However, instead of actually reviewing her numerous requests for another loan modification or provide any other mortgage relief assistance options, Defendant waited and eventually notified Plaintiff, that Plaintiff was not eligible for a second loan modification until the expiration of 20 months since the previous modification was granted, after foreclosure proceedings had been initiated.

## TEXAS PROPERTY CODE VIOLATION

13.  Defendant failed to give proper notice because all transfers of the lien were not recorded timely as required by Texas Law, prior to the acceleration and collection action on the Note.

DOCUMENT SCANNED AS FILED

14.     Plaintiff has reason to believe that the Mortgagee listed on the Notice of Substitute Trustee's Sale is not the current Holder in Due Course and Holder of the Original Note.

## TEXAS BUSINESS & COMMERCE CODE VIOLATION

15.     The Texas Business and Commerce Code states that only a "Holder" of an instrument, or a non-holder in possession of the instrument, is entitled to enforce the instrument, whether that be through enforcement of the Deed of Trust or any other manner.

16.     A foreclosure action is merely a collection action on a negotiable instrument. Therefore, in this case, the negotiable instrument is the Original Mortgage Promissory Note. The Deed of Trust is merely the instrument securing the Original Mortgage Promissory Note. Although the Texas Property Code formulates the procedure by which a Deed of Trust may be used as a security instrument to collect on a mortgage, the Deed of Trust is wholly worthless and invalid if there is no Note for it to secure.

17.     Defendant have failed to produce the Original Note with all allonges, transfers and assignments affixed thereto, permanently and irremovably, as required by the Texas Business and Commerce Code. Therefore, they have not shown that they are the "Holder" of the Note or "Holder in Due Course" and have no right to attempt to enforce such note.

## TEXAS FINANCE CODE VIOLATION

18.     Because Defendant have provided no evidence that they are in fact Holder in Due Course and Holder of the Note, they have no authority to collect on the Note. Defendant nonetheless have engaged in actions to collect on such Note. These actions are thereby fraudulent, deceptive, and/or misleading representations actionable under the Texas Finance Code §§392.303 and 392.304, The Texas Debt Collection Act (TDCA).

DOCUMENT SCANNED AS FILED

19.     Defendant is in violation of Texas Finance Code Section 392.301(8), therefore having no authority to collect on the note or hold a Substitute Trustee's Sale.

20.     All alleged transfers, assignments, and misstatements of facts regarding the Note by Defendant, and the failure of Defendant to verify that they are the Holder in Due Course and Holders of the Note, constitute violations of the Texas Finance Code.

## DECLARATORY JUDGMENT

21.     The Plaintiff requests that the Court declare that any attempt to foreclose pursuant to the Texas Property Code Section 51.001 et seq is an action to collect a debt and therefore the Defendant must produce the one and only Original Promissory Note signed by the Plaintiff for inspection by the Plaintiff and or their document examiner prior to proceeding with any foreclosure proceedings.

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

22.     After knowledge of a possible sale, Plaintiff has requested that Defendant produce certified copies of any and all transfer documents showing all of the transfers and assignments of the Original Deed of Trust, as well as the Original Note. Such documentation has not yet been provided to Plaintiff.

23.     Unless this Honorable Court immediately restrains the Defendant from executing a Substitute Trustee's Sale on Tuesday, December 3, 2019, or otherwise selling or taking possession of the subject property during the pendency of this cause, or from otherwise disturbing or attempting to disturb Plaintiff's peaceable possession and enjoyment of the property, Plaintiff will suffer immediate and irreparable injury, for which there is no adequate remedy at law to give Plaintiff complete, final and equal relief. More specifically, Plaintiff will show unto the Court the following:

DOCUMENT SCANNED AS FILED

a. The harm to Plaintiff is imminent because Plaintiff will lose her property.

b. There is no adequate remedy at law which will give Plaintiff complete, final and equal relief if the Temporary Restraining Order is not granted and any transfer of the property is allowed to take place.

c. Plaintiff is willing to post a reasonable temporary restraining order bond, and hereby requests this Honorable Court to set such bond at a reasonable amount.

d. Plaintiff has met the burden by establishing each element which must be present before injunctive relief can be granted by this Court, therefore Plaintiff is entitled to the requested Temporary Restraining Order.

24.     Plaintiff requests this Honorable Court to restrain the Defendant from executing the Substitute Trustee's Sale scheduled for Tuesday, December 2, 2019 or selling or otherwise taking possession of the subject property during the pendency of this cause, or from otherwise disturbing or attempting to disturb Plaintiff's peaceable possession and enjoyment of the property.

25.     Plaintiff is likely to succeed on the merits of this lawsuit.

CAUSE OF ACTION -
COMMON LAW FRAUD

Plaintiff hereby incorporates by reference and reallege all material allegations of fact as set forth hereinabove.

The acts, conduct and/or omissions of the Defendant as described herein, supra, also constitute common law fraud and are the proximate cause of the actual damages sustained and incurred by Plaintiff in excess of the minimum jurisdictional limits of this Court.

As each of the acts, conduct and/or omissions of Defendant as described herein that constitute common law fraud were committed intentionally, knowingly and/or with malice, or a

DOCUMENT SCANNED AS FILED

conscious indifference as to the rights of Plaintiff, Plaintiff is entitled to an award of exemplary damages in excess of the minimum jurisdictional limits of this Court.

## CAUSE OF ACTION
## BREACH OF CONTRACT AND FAILURE OF CONDITION PRECEDENT

Plaintiff hereby incorporates by reference and reallege all material allegations of fact as set forth hereinabove.

The acts, conduct or omissions of the Defendant and/or Substitute Trustee(s) as described herein, supra, also constitute a material breach of the Deed of Trust contract and a failure of condition precedent as to their attempted acceleration of Plaintiff's loan and/or posting of Plaintiff's homestead property for foreclosure sale, which material breach is the proximate cause of the actual damages sustained and incurred by Plaintiff in excess of the minimum jurisdictional limits of this Court.

## VIOLATIONS OF RESPA AND REGULATION X OF
## THE CODE OF FEDERAL REGULATIONS

Plaintiff hereby incorporates by reference and reallege all material allegations of fact as set forth hereinabove.

The acts, conduct and/or omissions of Defendant which at all material times hereto was/were acting in its/their alleged capacity as a "mortgage servicer" also constitute violations of Regulation X of the Code of Federal Regulations established by the Consumer Financial Protection Bureau, 12 C.F.R. § 1024.41 et seq., which became effective as of January 10, 2014, because Defendant and/or its/their various agents, representative or employees, committed numerous violations of this statute, and those statutory violations are a producing cause of the actual damages sustained and incurred by Plaintiffs in excess of the minimum jurisdictional limits of this Court.

DOCUMENT SCANNED AS FILED

PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, PLAINTIFF RESPECTFULLY REQUESTS:

26.     That this Petition be filed and that a day be appointed for a hearing on this matter;

27.     That notice of the filing of this Petition and the hearing date be given to all parties;

28.     That a Temporary Restraining Order will issue, restraining Defendant WELLS FARGO BANK N.A., Defendant's officers, agents, servants, employees, and assigns, constables, sheriffs, Justices of the Peace, and attorneys from directly or indirectly from executing a Substitute Trustee's Sale or otherwise selling or taking possession of the subject property during the pendency of this cause, or from otherwise disturbing or attempting to disturb Plaintiff's peaceable possession and enjoyment of the property;

29:     That the Court set a reasonable bond for the Temporary Restraining Order;

30.     That, after notice and hearing, any and all Substitute Trustee's Sale on the above-specified property will be set aside and a temporary injunction will issue enjoining and restraining Defendant, Defendant's officers, agents, servants, employees, and assigns, constables, sheriffs, Justices of the Peace, and attorneys from directly or indirectly from executing a Substitute Trustee's Sale or otherwise selling or taking possession of the subject property during the pendency of this cause, or from otherwise disturbing or attempting to disturb Plaintiff's peaceable possession and enjoyment of the property;

31.     That after trial on the merits, the Court permanently enjoin Defendant, Defendant's officers, agents, servants, employees, and assigns, constables, sheriffs, Justices of the Peace, and attorneys from directly or indirectly from executing a Substitute Trustee's Sale on Tuesday, December 2, 2019, or otherwise selling or taking possession of the subject property during the

DOCUMENT SCANNED AS FILED

pendency of this cause, or from otherwise disturbing or attempting to disturb Plaintiff's peaceable possession and enjoyment of the property;

32.    Economic Damages;

33.    Punitive Damages;

34.    A declaration that the Defendants must produce the one and only Original Promissory Note signed by the Plaintiff for inspection by the Plaintiff and or her document examiner prior to proceeding with any foreclosure proceedings;

35.    A declaration that the Court declare that any attempt to foreclose pursuant to the Texas Property Court Sec. 51.005 et seq is an action to collect a debt;

36.    Exemplary Damages;

37:    Equitable Relief;

38.    Reasonable Fees;

39.    Costs of Court; and

40.    All other relief to which Plaintiff is entitled.

41.    Plaintiff prays for general relief.

Respectfully submitted,

JACQUELINE J CRUZ
Petitioner Pro Se
10506 Bluegrass Pond
San Antonio, TX 78254
Tel:    (210) 860-0802
Email: jacqueline.jackson.cruz@gmail.com

DOCUMENT SCANNED AS FILED



2019CI24483 -D057

CAUSE NO: 2019- CI- 24483

| | | |
|---|---|---|
| JACQUELINE J. CRUZ | § | IN THE DISTRICT COURT |
| **Plaintiff** | § | |
| | § | |
| v. | § | 57ᵗʰ JUDICIAL DISTRICT |
| | § | |
| WELLS FARGO BANK N.A. | § | |
| **Defendant** | § | BEXAR COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

On this date the Application for a Temporary Restraining Order of Plaintiff, JACQUELINE

J. CRUZ, that was incorporated into and pled in Plaintiff's Original Petition and Application for

Temporary Restraining Order and Temporary Injunction and Request for Disclosure ("Petition")

in this cause, was heard and considered before this Court.

Based upon the pleading and documents filed by Plaintiff and presented to the Court, as

well as the arguments of counsel at the hearing, IT CLEARLY APPEARS:

1.      That unless Defendant, WELLS FARGO BANK N.A., or their various agents, employees

or attorneys are immediately enjoined and restrained, Defendant will proceed with a foreclosure

sale on Tuesday, December 3, 2019, of the Plaintiff's homestead property identified and described

in the Petition, and Plaintiff will suffer an immediate and irreparable harm and will have no

adequate remedy under the law, and Defendant will commit the foregoing before notice and a

hearing on Plaintiff's Application for Temporary Injunction; and

2.      Plaintiff will suffer an irreparable harm if Defendant, and/or their various agents,

employees or attorneys are not restrained immediately because Plaintiff will lose her fee simple

title and ownership of their homestead residence, which is unique and irreplaceable, and there is

no adequate remedy at law to grant Plaintiff complete, final and equitable relief.

Page 1 of 3

Temporary Restraining Order
900001- 28442I026I0Z

CUMENT SCANNED AS FILED

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, WELLS FARGO BANK N.A., and/or their various agents, employees and attorneys are hereby ORDERED to immediately cease and desist from attempting or proceeding with any foreclosure sale on Tuesday, December 3, 2019, of Plaintiff's homestead property identified and described in the Petition, which is commonly known as 10506 Bluegrass Pond, San Antonio, Texas 78254. Defendant is hereby immediately enjoined and restrained from the date of entry of this order until fourteen (14) days hereafter, or until further order of this Court.

IT IS THEREFORE FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Application for Temporary Injunction be heard on December __16__, 2019, at __9__ o'clock (a.m.)/ p.m. in the courtroom of the _Presiding_ District Court of Bexar County, Texas located in the Bexar County Courthouse at 100 Dolorosa Street, Floor __1, Room 109__, San Antonio, Texas 78205, and that Defendant is commanded to appear at that time and show cause, if any, why a temporary injunction should not be issued against said Defendant.

The Clerk of the above-entitled court shall issue a notice of entry of a temporary restraining order in conformity with the law and the terms of this order, to include a copy of this order, upon the filing by Plaintiff of the bond thereafter set.

This ORDER shall not be effective until Plaintiff deposits with the Bexar County District Clerk, a bond in the amount of $ __100__, in due conformity with applicable law. The bond may be in the form of cash, cashier's check or a check drawn from the operating account of the Plaintiff's attorneys' law firm.

Temporary Restraining Order

DOCUMENT SCANNED AS FILED

SIGNED on ~~November~~ Dec 2 2019 at 3:45 A.M. / P.M.

_____

JUDGE PRESIDING

X _____

JAcqueline J. Cruz

Temporary Restraining Order

12/02/2019 VOL 5231 PG 0119

DOCUMENT SCANNED AS FILED

2019-CI-24483

**NOTICE: THIS DOCUMENT CON... 057TH JUDICIAL DISTRICT COURT**

2019CI24483 -P00003

Cause Number: JACQUELINE J CRUZ  VS WELLS FARGO BANK N

DATE FILED: 11/27/2019

Plaintiff: *Jacqueline J. Cruz*
(Print first and last name of the person filing the lawsuit.)

In the (check one):
- [ ] District Court
- [ ] County Court / County Court at Law
- [ ] Justice Court

And

Defendant: *Wells Fargo Bank, N.A*
(Print first and last name of the person being sued.)

Court Number

*Bexar* County    Texas

## Statement of Inability to Afford Payment of
## Court Costs ~~AFFIDAVIT OF~~ Bond

**AFFIDAVIT OF INABILITY**

**1. Your Information**

My full legal name is: *Jacqueline Jackson Cruz*    My date of birth is: ▒▒▒▒
First    Middle    Last    Month/Day/Year

My address is: (Home) *10506 Bluegrass Pond*

(Mailing) *San Antonio, TX*

My phone number *210-860-0802* My email: *jacqueline.jackson.cruz@gmail.com*

About my **dependents**: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 *Brittanie Cruz* | *21* | *daughter* |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

FILED
19 NOV 27 PM 4:
DISTRICT CLERK
BEXAR CO. TEXAS
DEPUTY

**2. Are you represented by Legal Aid?**

- [ ] I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

- [ ] I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

- [x] I am not represented by legal aid. I did not apply for representation by legal aid.

**3. Do you receive public benefits?**

- [x] I do not receive needs-based public benefits. - or -
- [ ] I receive these **public benefits/government entitlements** that are based on indigency:
  (Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)
  - [ ] Food stamps/SNAP  [ ] TANF  [ ] Medicaid  [ ] CHIP  [ ] SSI  [ ] WIC  [ ] AABD
  - [ ] Public Housing or Section 8 Housing  [ ] Low-Income Energy Assistance  [ ] Emergency Assistance
  - [ ] Telephone Lifeline  [ ] Community Care via DADS  [ ] LIS in Medicare ("Extra Help")
  - [ ] Needs-based VA Pension  [ ] Child Care Assistance under Child Care and Development Block Grant
  - [ ] County Assistance, County Health Care, or General Assistance (GA)
  - [ ] Other: _____

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*    Page 1 of 2

**DOCUMENT SCANNED AS FILED**

## 4. What is your monthly income and income sources?

"I get this monthly income:

$ _2500_ in monthly wages. I work as a _Insurance Sales_ for _Farmers Ins_
Your job title                              Your employer

$ _____ in monthly unemployment. I have been unemployed since *(date)* _____.

$ _____ in public benefits per month.

$ _____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ _____ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(if available)*

$ _____ from other jobs/sources of income. *(Describe)* _____

$ _____ is my *total* monthly income.

### 5. What is the value of your property?

"My **property** includes:

| | Value* |
|---|---|
| Cash | $ 30 |
| Bank accounts, other financial assets | |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| Vehicles (cars, boats) *(make and year)* | |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| *Total* value of property → | $ _____ |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

### 6. What are your monthly expenses?

"My monthly expenses are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ 1550 |
| Food and household supplies | $ 100 |
| Utilities and telephone | $ 200 |
| Clothing and laundry | $ 50 |
| Medical and dental expenses | $ 0 |
| Insurance (life, health, auto, etc.) | $ 200 |
| School and child care | $ 0 |
| Transportation, auto repair, gas | $ 100 |
| Child / spousal support | $ 0 |
| Wages withheld by court order | $ _____ |
| Debt payments paid to: *(List)* | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| *Total* Monthly Expenses → | $ 2200 |

## 7. Are there debts or other facts explaining your financial situation?

"My **debts** include: *(List debt and amount owed)* _IRS_ _____

_____

_____  "

*[If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")  Check here if you attach another page.☐*

## 8. Declaration

I declare under penalty of perjury that the foregoing is true and correct. I further swear:

☑ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Jacqueline Cruz_ , My date of birth is : _/ / /_

My address is _10556 Bluegrass Pond_ _SA_ _TX_ _78254_ _Bexar_
Street                          City        State   Zip Code   Country

▶ _Jacqueline Cruz_ signed on _11/27/19_ in _Bexar_ County, _TX_
Signature                          Month/Day/Year   county name        State

DOCUMENT SCANNED AS FILED

Cir Cml



**2019-CI-24483**

**057TH JUDICIAL DISTRICT COURT**

JACQUELINE J CRUZ  VS WELLS FARGO BANK N

DATE FILED: 11/27/2019

<u>**Request for Process**</u>



2019CI24483 -P00004

Style: _____  ~~AFFIDAVIT OF INABILITY~~

Request the following process: (Please check all that Apply)
☑ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
Name: Wells Fargo Bank N.A.
Registered Agent/By Serving: _____
Address C/O Corporation Service Company 211 East 7th St Suite 620
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
austin, TX 78701                                                    (Pct. 3 serves process countywide)

**2.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
                                                                  (Pct. 3 serves process countywide)

**3.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
                                                                  (Pct. 3 serves process countywide)

**4.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
                                                                  (Pct. 3 serves process countywide)

Title of Document/Pleading to be Attached to Process:_____

Name of Attorney/Pro se: Jacqueline J Cruz  Bar Number: _____
Address: 10506 Bluegas Pond 5  Phone Number: 210-8100 0802
SAN Antonio, TX 78254

Attorney for Plaintiff _____  Defendant _____  Other _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

DOCUMENT SCANNED AS FILED



2019CI24483 -P00002

# 2019-CI-24483
## 057TH JUDICIAL DISTRICT COURT
JACQUELINE J CRUZ  VS WELLS FARGO BANK N
### DATE FILED: 11/27/2019

Pro Se Acknowledgement

Cause Number:_____

I have received, read and understand all of the Pro Se Hearing Guidelines. I agree to abide by these guidelines and understand that my failure to do so may result in adverse action against me, that I may be asked to leave the Courtroom, or that I may not receive the relief I am seeking.

If the opposing party will sign a **Waiver of Citation**, it is only valid if the notarized signature is dated <u>at least one (1) day after</u> the date the **Original Petition for Divorce** is filed.

If I am filing for a divorce or for a change in custody, and my spouse and I care for minor-age children, I will take the required class, **"Helping Children Cope with Divorce"**, <u>before</u> asking the court to enter a final Order or Decree. I understand that my divorce will not be granted without presenting the certificate of completion.

I understand that I may hire an attorney to represent me or, if I meet certain requirements, I may be entitled to free counsel. By choosing to voluntarily represent myself, I am now proceeding Pro Se. I will receive no special favors, assistance, or advice from the Judge, judicial staff, or clerks as they cannot and do not represent either party in the litigation. I will be expected to comply with all relevant rules of procedural, evidentiary, and substantive law. I understand that the filing and service fees are not refundable under any circumstance.

_____
Signature of Pro Se Litigant

1/22/19
Date



FILED
19 NOV 27 PM 3: 44
DISTRICT CLERK
BEXAR CO. TEXAS
DEPUTY

**DOCUMENT SCANNED AS FILED**



2019CI24483 -B00001

Certificate of District Clerk That Plaintiff(s)
Made Cash Deposit In Lieu Of
Temporary Restraining Order Bond

FILED
DISTRICT CLERK
BEXAR CO. TEXAS

19 DEC -2  PM 4: 26

DEPUTY
BY

The State of Texas
County of Bexar

**57th Judicial District Court**

I, Mary Angie Garcia , Clerk of the District Courts in and for Bexar County, Texas, do hereby certify that <u>JACQUELINE J. CRUZ</u> in Cause No. <u>2019CI24483</u>, Styled <u>JACQUELINE J. CRUZ</u> vs. <u>WELLS FARGO BANK, N.A.</u>, have this day deposited the sum of <u>ONE HUNDRED DOLLARS AND ZERO CENTS</u> (<u>$100.00</u>) cash, which is the amount ordered by the Court in lieu of Temporary Restraining Order Bond.

WITNESS, Mary Angie Garcia, Clerk of the District Courts of Bexar County, Texas. Given under my hand and seal of said Courts of Bexar County, Texas, on <u>December 2, 2019.</u>

Mary Angie Garcia
District Clerk, Bexar County, Texas

BY:

Paul L. Dulin, Deputy

**\* \* RECEIPT REQUIRED FOR REFUND OF FUNDS**

DOCUMENT SCANNED AS FILED

CERTIFIED MAIL #70181830000042688868

Case Number: 2019-CI-24483        2019CI24483  S00001

JACQUELINE J CRUZ

vs.

WELLS FARGO BANK NA

(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
57th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

DIRECTED TO:     WELLS FARGO BANK NA
C/O CORPORATION SERVICE COMPANY

211 EAST 7TH ST 620
AUSTIN TX 78701

ACT... OF
INABILITY

"You have been sued. You may employ an attorney. If you or your attorney do not file a
written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next
following the expiration of twenty days after you were served this CITATION and ORIGINAL
PETITION & APPLICATION FOR TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION, a default
judgment may be taken against you." Said CITATION with ORIGINAL PETITION & APPLICATION
FOR TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION was filed on the 27th day of
November, 2019.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 4TH DAY OF December A.D., 2019.

JACQUELINE J CRUZ
ATTORNEY FOR PROPIA PERSONA
10506 BLUEGRASS POND
SAN ANTONIO, TX 78254

**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Elvira Enriquez*, Deputy

JACQUELINE J CRUZ
vs
WELLS FARGO BANK NA

**Officer's Return**

Case Number: 2019-CI-24483
Court: 57th Judicial District Court

Came to hand on the 4th day of December 2019, A.D., at 9:42 o'clock A.M. and EXECUTED
(NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20_____, by
delivering to: _____ at 211 EAST 7TH ST 620 AUSTIN
TX 78701 a true copy of this Citation, upon which I endorsed that date of delivery,
together with the accompanying copy of the CITATION with ORIGINAL PETITION & APPLICATION
FOR TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION.

Cause of failure to execute this Citation is _____.

**Mary Angie Garcia**
Clerk of the District Courts
of Bexar County, TX

By: *Elvira Enriquez*, Deputy

FILE COPY (DK003)

**DOCUMENT SCANNED AS FILED**